**SIGNED.**

Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**  Dated: November 22, 2010
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777



*Sarah S. Curley*
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

Attorneys for Movant STEPHANIE BLONSKY

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>PETER M. BLONSKY,<br><br>Debtor. | No. 2-10-22115-SSC<br><br>CHAPTER 7 |
| STEPHANIE BLONSKY,<br>Movant,<br>v.<br>PETER M. BLONSKY and<br>CONSTANTINO FLORES, Trustee,<br>Respondents. | ORDER FOR RELIEF FROM AUTOMATIC STAY |

Movant, STEPHANIE BLONSKY, having filed a Motion for Relief from Automatic Stay dated October 8, 2010; a Certification of Mailing was filed by the Movant dated October 8, 2010, evidencing service of the Motion for Relief from Automatic Stay, Notice of Filing Motion for Relief from Automatic Stay and Order for Relief from Automatic Stay on the Debtor, his attorney, the Trustee and the Trustee's attorney; no Objections having been filed to the Motion for Relief from Automatic Stay;

a Certification of No Objection dated October 26, 2010, having been filed; the Court having reviewed the pleadings; and good cause appearing therefor,

NOW, THEREFORE, IT IS HEREBY ORDERED that the automatic stay in this matter entered pursuant to 11 U.S.C. § 362 be modified and lifted as to Movant to allow Movant to proceed to have consummated the pending Dissolution of Marriage proceeding in Maricopa County Superior Court Case Number FC2009-004947 involving the Debtor and her so that the marriage between the Debtor and her will be dissolved.

**DATED, SIGNED AND ORDERED AS ABOVE STATED**

CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 850020-5297
(602) 861-0777