UST-3 PHX/PCT/FLG, 4-01

CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ  85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| BLONSKY, PETER M. | ) | Case No. 10-22115-PHX-SSC |
| | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| | ) | TO ABANDON PROPERTY |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

NOTICE IS GIVEN that CONSTANTINO FLORES, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate:

RESIDENCE LOCATED AT: 9968 E. WESTERN SKY LANE, SCOTTSDALE AZ.  85262

Any person opposing the abandonment shall file a written objection and request for a hearing within 14 days of the date of mailing of this notice.  The date can be obtained by a review of the court docket.  The objection shall be filed with BRIAN D. KARTH, US BANKRUPTCY COURT, CLERK, DISTRICT OF ARIZONA, 230 NORTH FIRST AVENUE, SUITE 101, PHOENIX, AZ  85003-1706.  A copy of the objection shall be mailed forthwith to the Trustee at the following address:

TRUSTEE:    CONSTANTINO FLORES, P.O. Box 511, Phoenix, AZ  85001-0511

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

*January 20, 2011*                                        */s/ Constantino Flores*
Date                                                             Constantino Flores, Trustee